UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  **CV 26-1943-MWF(RAOx)**                    **Date:  March 25, 2026**
Title:     Rola Magid v. FCA US LLC et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                          Court Reporter:
Rita Sanchez                           Not Reported

Attorneys Present for Plaintiff:       Attorneys Present for Defendant:
None Present                           None Present

**Proceedings (In Chambers):**          ORDER TO SHOW CAUSE RE: DISMISSAL

This action was initiated on February 23, 2026, when Defendant FCA US, LLC removed the action from state court.  (*See* Docket No. 1).  On March 2, 2026, Defendant filed a Motion to Dismiss First Amended Complaint (the "Motion").  (Docket No. 7).  The Motion was set for hearing on April 6, 2026.  (*Id.*).  Accordingly, Plaintiff Rola Magid's Opposition to the Motion was due on March 16, 2026.

Counsel for Plaintiff filed a Notice of Appearance on March 18, 2026.  (Docket No. 9).  To date, Plaintiff has not filed an Opposition.

Accordingly, the Motion hearing set for April 6, 2026, is hereby **VACATED**.

The Court now **ORDERS** Plaintiff to **SHOW CAUSE** (the "OSC") in writing why the matter should not be dismissed for lack of prosecution.  The OSC may be discharged by filing an Opposition to the Motion.  The response to the OSC shall be filed on or before **March 31, 2026**.  Failure to file a response to the OSC by that date will result in dismissal of the action.

Should Plaintiff file an Opposition by March 31, 2026, Defendant may file a Reply to the Opposition by **April 7, 2026**.  The Court will re-set the hearing on the Motion if necessary.

IT IS SO ORDERED.